

# Court of Appeals

# First District of Texas

## BILL OF COSTS

No. 01-14-00291-CV

**Methodist Health Centers d/b/a Houston Methodist Sugar Land Hospital**

**v.**

**Patty Crawford and Harry Smith, Individually and as heirs of Jeanette Smith**

NO. 13-DCV-208281 IN THE 434TH DISTRICT COURT OF FORT BEND COUNTY

| TYPE OF FEE | CHARGES | PAID/DUE | STATUS | PAID BY |
|---|---|---|---|---|
| RPT RECORD | $186.00 | 04/24/2014 | PAID | ANT |
| MT FEE | $10.00 | 04/17/2014 | E-PAID | ANT |
| STATEWIDE EFILING | $20.00 | 04/09/2014 | E-PAID | ANT |
| FILING | $175.00 | 04/09/2014 | E-PAID | ANT |

**The costs incurred on appeal to the First Court of Appeals Houston, Texas are $391.00.**

*Court costs in this case have been taxed in this Court's judgment*

I, **Christopher A. Prine,** Clerk of the Court of Appeals for the First District of Texas, do hereby certify that this is a true statement of the costs of appeal in this case.

**IN TESTIMONY WHEREOF,** witness my hand and the seal of the Court of Appeals for the First District of Texas, this January 23, 2015.

**CHRISTOPHER A. PRINE**
**CLERK OF THE COURT**